**IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.**
The party obtaining this order is responsible for
noticing it pursuant to Local Rule 9022-1.

**Dated: February 02, 2010**



_____
**RANDOLPH J. HAINES
U.S. Bankruptcy Judge**
_____

# TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**

**SUITE 300**

**PHOENIX, ARIZONA 85016**

**TELEPHONE: (602) 255-6000**

**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50124/9042210716

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-15586-RJH |
| William C. Bakemeier and Laurie S. Bakemeier <br>      Debtors. | Chapter 13 |
| _____ <br> U.S. Bank, N.A. <br>      Movant, <br>    vs. | ORDER <br><br> (Related to Docket #33) |
| William C. Bakemeier and Laurie S. Bakemeier, <br> Debtors, Russell A. Brown, Trustee. <br><br>      Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 3, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, N.A. is the current beneficiary and William C. Bakemeier and Laurie S. Bakemeier have an interest in, further described as:

> LOT 32, TRADITIONS WEST, ACCORDING TO BOOK 376 OF MAPS, PAGE 39, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT